ORIGINAL

ORDERED SEALED BY COURT

unsealed 06-17-08

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAFAEL SANTIAGO (1),<br>ABNER BETECH (2),<br>SAID BETECH (3),<br>AVIVA BETECH (4),<br>ANGEL ARMENDARIZ (5),<br>LUCETTE MONTANE (6),<br><br>    Defendants. | Magistrate Case No. 08 MJ 1855<br><br>APPLICATION AND ORDER SEALING COMPLAINT, STATEMENT OF FACTS, AND ARREST WARRANTS<br><br>UNDER SEAL |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Christopher Alexander, Assistant United States Attorney, and hereby moves this Court to seal the complaint, statement of facts, and arrest warrants

///
///
///
///
///

1  in connection with the above-referenced criminal case because the named defendants are unaware of
2  the existence of the underlying investigation and have not yet been arrested.
3  DATED: 6/13/08 .

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

_____
Assistant U.S. Attorney

9   IT IS ORDERED that the complaint, statement of facts, and arrest warrants in connection
10  with the above-referenced case and this application and Order be sealed until further order of the
11  Court.
12  DATED: 6-13-08 .

_____
HONORABLE PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE