# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
AVIVA BETECH (4)

08 JUN 18 AM 11:43

# WARRANT FOR ARREST

CASE NUMBER: 08 MJ 1855    DEPUTY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  AVIVA BETECH

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

Wire Fraud and Aiding and Abetting

In violation of Title __18__ United States Code, __§ 1343__

W. Samuel Hamrick, Jr.
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

Signature of Deputy

6-13-08 @ San Diego, CA
Date and Location

Bail fixed at $ _no bail pending first appearance_   by  PETER C LEWIS
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 2500 6th Avenue #008 San Diego CA 92101 |

| DATE RECEIVED 6/13/08 | NAME AND TITLE OF ARRESTING OFFICER FBI Special Agent Eric Parsons | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/16/08 | | |